| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Melissa M Laubach,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 4:26–bk–00495–MJC |

| **Notice** |
|---|
| Pursuant to Bankruptcy Rules 1007, and 3015, and 11 U.S.C. 110, 329, and 521, the documents below must be filed to complete the above–referenced petition. If all documents required under Section 521 (in a Chapter 7 or 13 individual case) are not filed, the case may be **dismissed**.<br><br>This notice is being issued because the document(s) listed below were either not filed or not filed using the Official Bankruptcy Form(s) (if applicable).<br><br>**The following document(s), if listed below, are due immediately:**<br><br>**The following document(s), if listed below, are due within fourteen (14) days of the initial filing of petition unless stated otherwise:**<br><br><ul><li>106Sum – Summary of Your Assets and Liabilities and Certain Statistical Information.</li><li>106Dec – Declaration About an Individual Debtor's Schedules.</li><li>106A/B – Schedule A/B: Property.</li><li>106C – Schedule C: The Property You Claim as Exempt.</li><li>106D – Schedule D: Creditors Who Have Claims Secured by Property.</li><li>106E/F – Schedule E/F: Creditors Who Have Unsecured Claims.</li><li>106G – Schedule G: Executory Contracts and Unexpired Leases.</li><li>106H – Schedule H: Your Codebtors.</li><li>106I – Schedule I: Your Income.</li><li>106J – Schedule J: Your Expenses:</li><li>107 – Statement of Financial Affairs for Individuals Filing for Bankruptcy.</li><li>Employee Income Records (Payment Advices) – received from employer for income earned within sixty (60) days before filing and/or Certification of No Payment Advices on Local Bankruptcy Form 1007–1(c) (Individual Cases Only). <u>Social Security Number should be redacted</u>.</li><li>122C–1 – Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.</li><li>122C–2 – Chapter 13 Calculation of Your disposable Income.</li><li>2030 – Disclosure of Compensation of Attorney for Debtor.</li><li>Chapter 13 Plan. Local Bankruptcy Form 3015–1</li></ul><br>*To obtain the most recent Official Bankruptcy Forms, please refer to*<br>*http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx* |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes–Barre, PA 18701<br>570–831–2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 25, 2026 |

ntdeffil (Notice of Deficient Filing) (10/23)